IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

OVERSEAS MILITARY SALES
CORPORATION,

    Plaintiff

        v.                           CIVIL NO. 08-1479 (JP)

VÍCTOR SUÁREZ-MELÉNDEZ, et al.,

    Defendants

**FINAL JUDGMENT**

    For the reasons stated in the Opinion and Order entered on this same date, the Court hereby **ENTERS JUDGMENT FOR PLAINTIFF** Overseas Military Sales Corporation. The Court holds that Plaintiff, as a business located within a federal enclave, is entitled to protection from state regulation pursuant to Article I, Section 8, Clause 17 of the United States Constitution. The Court hereby **ENJOINS** Defendant Víctor Suárez-Meléndez from violating the federal enclave doctrine by allowing the Department of Consumer Affairs of the Commonwealth of Puerto Rico to administer complaints involving Plaintiff's business at Fort Buchanan.

    **IT IS SO ORDERED.**

    In San Juan, Puerto Rico, this 22nd day of March, 2009.

                                                    s/Jaime Pieras, Jr.
                                                      JAIME PIERAS, JR.
                                            U.S. SENIOR DISTRICT JUDGE